## MARCUS LAURITSEN v. HERBERT SYKES.[1]

December 18, 1908.

Nos. 15,761—(58).

Action in the district court for Lincoln county to recover $1,000 as one half the profits of a sale of real estate bought by plaintiff and defendant jointly. The answer set up an agreement by defendant to sell the land and to reimburse plaintiff to the whole amount of his investment, while if the selling price were greater than the cost price the defendant was to receive the excess over the cost price as his commission for making the sale. The case was tried before Olsen, J., and a jury, which rendered a verdict in favor of defendant. From an order denying his motion for a new trial, plaintiff appealed. Affirmed.

*Somerville & Hauser* and *John H. Brown*, for appellant.

*Virgil B. Seward*, for respondent.

PER CURIAM.

The controversy between these parties was whether plaintiff was entitled to one-half the profits realized by defendant in the sale of a quarter section of land owned by them jointly. The jury found, in accordance with the contention of the defendant; that he had taken over plaintiff's interest in the land at the cost price, and was entitled to the profits, if any, derived in disposing of it to another. The evidence offered by defendant tended to support such

[1] Reported in 118 N. W. 1119.

an arrangement, and we find no errors in the rulings of the court in that respect, nor in the instructions to the jury. The evidence is sufficient to support the verdict.

Affirmed.